| | | | | |
|---|---|---|---|---|
| McGregory v. State ............. | 49A02–1609–CR–2104 | 03/09/2017 | BROWN, J.<br>VAIDIK, C.J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| Chatman v. State .............. | 49A02–1606–CR–1205 | 03/10/2017 | BARTEAU, Sr.J,<br>ROBB J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Perry v. State .................. | 01A05–1603–CR–678 | 03/10/2017 | RILEY, J.<br>CRONE, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Donaldson v. State ............. | 49A05–1608–CR–1834 | 03/10/2017 | PYLE, J.<br><br>BAKER, J.<br>MATHIAS, J. | Affirmed and remanded<br>Concurs<br>Concurs |
| Hall v. State .................. | 02A03–1607–CR–1608 | 03/10/2017 | BAKER, J.<br>MATHIAS, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Estep v. State ................. | 02A04–1608–CR–1916 | 03/10/2017 | CRONE, J.<br>RILEY, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |